**CATARINA M. BENITEZ SBN 256518**
**LAW OFFICES OF CATARINA M. BENITEZ**
475 Bullard Avenue
Clovis, CA 93612
Telephone: (559) 472-7337
Facsimile: (559) 579-1100

Attorney for Plaintiffs, GENO GOMEZ and MARIA GOMEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| GENO GOMEZ and MARIA GOMEZ;<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC; a limited liability corporation; and DOES 1 through 100, inclusive;<br><br>Defendants, | Case No. **1:14-cv-01499-BAM**<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE MOTION TO DISMISS DATE**<br><br>Date: October 31, 2014<br>Time: 8:30 AM<br>Department: 8 |

Plaintiffs GENO GOMEZ and MARIA GOMEZ ("Plaintiffs") and Defendant NATIONSTAR MORTGAGE LLC, by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiffs commenced this action by filing a Complaint on August 8, 2014, in Tulare County Superior Court. The action was removed to this Court on September 24, 2014.

2. On or about October 1, 2014, a Motion to Dismiss hearing was scheduled, to be heard on October 31, 2014.

3. Due to the unavailability of counsel for Plaintiffs, the parties, through their counsel, have agreed to a continuance of the hearing on the Motion to Dismiss to December 12, 2014, or to the next available date thereafter that is convenient to the Court.

4. Any opposition to the Motion to Dismiss and reply papers shall be due in conjunction with the continued hearing date.

5. Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Plaintiffs or Defendants may wish to assert in their pleadings, all of which are expressly reserved.

NOW THEREFORE, IT IS HEREBY STIPULATED that the hearing on the Motion to Dismiss currently scheduled for October 31, 2014, be continued to December 12, 2014, or as soon thereafter as may be heard by the Court.

Respectfully submitted,

Date: October 9, 2014

LAW OFFICES OF
   CATARINA M. BENITEZ

By: /s/Catarina M. Benitez
CATARINA M. BENITEZ,
Attorney for Plaintiffs
GENO GOMEZ and MARIA GOMEZ

Date: October 9, 2014

SEVERSON & WERSON
A Professional Corporation

By: /s/ Megan E. Gruber
MEGAN E. GRUBER
Attorneys for Defendant NATIONSTAR MORTGAGE LLC

**ORDER**

The Court, having duly considered the parties' stipulation as set forth above, and good cause appearing:

IT IS HEREBY ORDERED that the hearing on the Motion to Dismiss currently scheduled for October 31, 2014, is continued to **December 12, 2014 at 9:00 A.M. before Judge McAuliffe** in Department 8.

IT IS SO ORDERED.

Dated:   **October 10, 2014**           /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF CATARINA M. BENITEZ
475 Bullard Avenue
Clovis, CA 93612