**CATARINA M. BENITEZ SBN 256518**
**LAW OFFICES OF CATARINA M. BENITEZ**
475 Bullard Avenue
Clovis, CA 93612
Telephone: (559) 472-7337
Facsimile: (559) 579-1100

Attorney for Plaintiffs, GENO GOMEZ and MARIA GOMEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| GENO GOMEZ and MARIA GOMEZ;<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC; a limited liability corporation; and DOES 1 through 100, inclusive;<br><br>Defendants, | Case No. **1:14-cv-01499-BAM**<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>Date: March 17, 2015<br>Time: 9:00 AM<br>Department: 8 |

Plaintiffs GENO GOMEZ and MARIA GOMEZ ("Plaintiffs") and Defendant NATIONSTAR MORTGAGE LLC, by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiffs commenced this action by filing a Complaint on August 8, 2014, in Tulare County Superior Court. The action was removed to this Court on September 24, 2014.

2. On or about January 9, 2015, a continued Scheduling Conference was scheduled, to be held on March 17, 2015.

3. Due to the unavailability of counsel for Plaintiffs, the parties, through their counsel, have agreed to a continuance of the Scheduling Conference to March 24, 2015, or to the next available date thereafter that is convenient to the Court.

-1-

4. Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Plaintiffs or Defendants may wish to assert in their pleadings, all of which are expressly reserved.

NOW THEREFORE, IT IS HEREBY STIPULATED that the Scheduling Conference currently scheduled for March 17, 2015, be continued to March 24, 2015, or as soon thereafter as may be heard by the Court.

Respectfully submitted,

Date: March 2, 2015                    LAW OFFICES OF
                                                           CATARINA M. BENITEZ


By: /s/ Catarina M. Benitez
    CATARINA M. BENITEZ,
    Attorney for Plaintiffs
    GENO GOMEZ and MARIA GOMEZ


Date: March 5, 2015                    SEVERSON & WERSON
                                                        A Professional Corporation


By: /s/ Philip Barilovits
    PHILIP BARILOVITS
    Attorneys for Defendant
    NATIONSTAR MORTGAGE LLC

**ORDER**

The Court, having duly considered the parties' stipulation as set forth above, and good cause appearing:

IT IS HEREBY ORDERED that the Scheduling Conference currently scheduled for March 17, 2015, is continued to **May 5, 2015 at 9:00 a.m**. in Department 8 before Judge McAuliffe.

IT IS SO ORDERED.

Dated**:   March 6, 2015**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF CATARINA M. BENITEZ
475 Bullard Avenue
Clovis, CA 93612