MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
NATIONSTAR MORTGAGE LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GENO GOMEZ and MARIA GOMEZ, individuals, | Case No. 1:14-CV-01499--BAM |
|---|---|
| Plaintiffs, | **SECOND STIPULATION TO CONTINUE DEADLINE TO RESPOND TO AMENDED COMPLAINT PURSUANT TO LOCAL RULE 144(a); ORDER** |
| vs. | |
| NATIONSTAR MORTGAGE LLC; a limited liability corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | Action Filed:   August 8, 2014 |

Plaintiffs GENO GOMEZ and MARIA GOMEZ ("Plaintiffs") and Defendant NATIONSTAR MORTGAGE LLC ("Nationstar"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Whereas Plaintiffs filed their first amended complaint on April 2, 2015;

2. Whereas Nationstar's response to the first amended complaint is due on April 20, 2015;

3. Whereas Plaintiffs and Nationstar entered into an initial stipulation to extend Nationstar's deadline to respond to the first amended complaint by 28 days;

4. Whereas, pursuant to Plaintiffs' and Nationstar's initial stipulation, Nationstar's response to the first amended complaint was due on May 18, 2015;

5. Whereas, Plaintiffs and Nationstar are continuing settlement discussions;

6. Whereas Plaintiffs and Nationstar agree that an additional 15-day extension of Nationstar's deadline to respond to the first amended complaint will be beneficial for the purpose of either settlement or determining that participating in a Court-ordered ADR program is the appropriate way to proceed; and,

5. Whereas, Plaintiffs and Nationstar hereby stipulate that, upon approval of the Court, Nationstar's response to the first amended complaint will be due on June 2, 2015.

DATED: May 12, 2015          SEVERSON & WERSON
                             A Professional Corporation


                             By:   */s/ Alisa A. Givental*
                                      Alisa A. Givental

                             Attorneys for Defendant
                             NATIONSTAR MORTGAGE LLC


DATED: May 11, 2015          LAW OFFICES OF CATARINA M. BENITEZ


                             By:   */s/ Catarina M. Benitez*
                                      Catarina M. Benitez

                             Attorneys for Plaintiffs
                             GENO GOMEZ AND MARIA GOMEZ

I, Alisa A. Givental, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Catarina M. Benitez has concurred in this filing.

/s/ *Alisa A. Givental*

**ORDER**

The Court, having duly considered the parties' stipulation, and good cause appearing, HEREBY ORDERS that Nationstar Mortgage LLC's deadline to respond to the first amended complaint will be postponed to June 2, 2015.

IT IS SO ORDERED.

Dated:   May 13, 2015              /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE