# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEO GOMEZ, et al., | Case No. 1:14-cv-01499-BAM |
| Plaintiffs, | ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS BY JULY 22, 2016 |
| v. | |
| NATIONSTAR MORTGAGE, LLC, | |
| Defendant. | |

The Court conducted a settlement conference in this action on June 30, 2016, at which the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action between June 30, 2016 and July 22, 2016 are VACATED with all dates after July 22, 2016 remaining the same;

2. The parties shall file dispositional documents on or before July 22, 2016;

3. The Court shall retain jurisdiction to enforce the settlement agreement reached by the parties should an issue arise before dismissal;

4. The parties shall appear on Tuesday, July 19, 2016 at 1:00 p.m. in Courtroom 9 if an issue with the settlement arises; and

///

///

1

5. The parties shall notify the Court by July 15, 2016 if no hearing is necessary.

IT IS SO ORDERED.

Dated:   **July 1, 2016**

_____
UNITED STATES MAGISTRATE JUDGE