1  **CATARINA M. BENITEZ SBN 256518**
   **LAW OFFICES OF CATARINA M. BENITEZ**
2  475 Bullard Avenue
   Clovis, CA 93612
3  Telephone: (559) 472-7337
   Facsimile: (559) 579-1100
4

5  Attorney for Plaintiffs, GENO GOMEZ and MARIA GOMEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| GENO GOMEZ and MARIA GOMEZ;<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC; a limited liability corporation; and DOES 1 through 100, inclusive;<br><br>Defendants, | Case No. **1:14-cv-01499-BAM**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

Plaintiffs GENO GOMEZ and MARIA GOMEZ ("Plaintiffs") and Defendant NATIONSTAR MORTGAGE LLC, by and through their counsel of record, hereby stipulate and agree as follows:

Plaintiffs hereby DISMISS the above-referenced action WITH PREJUDICE. The parties agree to bear their own attorneys' fees, costs and expenses.

///
///
///
///
///

Respectfully submitted,

Date: October 7, 2016				LAW OFFICES OF
							CATARINA M. BENITEZ


						By:   /s/Catarina M. Benitez
							CATARINA M. BENITEZ,
							Attorney for Plaintiffs
							GENO GOMEZ and MARIA GOMEZ

Date: October 7, 2016				SEVERSON & WERSON
							A Professional Corporation


						By:   /s/ Megan Kelly
							MEGAN KELLY
							Attorneys for Defendant NATIONSTAR
							MORTGAGE LLC

**ORDER**

IT IS SO ORDERED THAT pursuant to the parties' stipulation, this case is Dismissed with prejudice. The parties agree to bear their own attorneys' fees, costs and expenses. The Clerk of the Court is instructed to close this case.


Dated**:   October 11, 2016**		        /s/ Barbara A. McAuliffe
						UNITED STATES MAGISTRATE JUDGE